

Apr 19, 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No: **11-80057-CR-MARRA/HOPKINS**

18 U.S.C. §1349
18 U.S.C. §1343
18 U.S.C. §2
18 U.S.C. §981

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

DAVID CHARLES MILLER, JR.,
DAVID LAM,
THOMAS THELUSMA,
VICTORIA AYZIA WILSON, and
MICHAEL A. SAMUDA,

      Defendants.

_____/

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1.     Versailles was a real estate development of high-end, luxury single family homes in Wellington, Florida, in Palm Beach County.

2.     Defendant **DAVID CHARLES MILLER, JR.** orchestrated the purchase of several properties located in the Versailles development.

3.     Defendant **DAVID LAM** was a licensed real estate broker operating Skyline Properties Limited Corp. ("Skyline"), which was located in Coral Springs, Florida.

4.      Defendant **VICTORIA AYZIA WILSON** was a licensed mortgage broker employed by Countrywide Home Loans, Inc. ("Countrywide") and AAA American Mortgage.

5.      Defendant **THOMAS THELUSMA** was also a licensed mortgage broker and the boyfriend of defendant **VICTORIA AZYIA WILSON**.

6.      Defendant **MICHAEL A. SAMUDA**, was licensed to practice law in the State of Florida.  **MICHAEL A. SAMUDA** operated title agencies which provided real estate closing services through offices located in Pembroke Pines, Florida.

7.      United States Department of Housing and Urban Development Settlement Statements, otherwise known as HUD-1 Forms, are balance sheets which reflect the financial aspects of a real estate closing and list all monies coming into a real estate closing, including all mortgages, down payments, and "cash to close," and all disbursements of those funds, including payments of prior mortgages, miscellaneous charges, and seller proceeds. The Real Estate Settlement Procedures Act (RESPA) requires that an accurately completed HUD-1 Form be prepared for each mortgage which funds a real estate transaction.  HUD-1 Forms must be signed by the seller, buyer, and closing agent.

8.      Countrywide was in the business of lending funds to borrowers for mortgages on real property.

## COUNT 1 - CONSPIRACY TO COMMIT WIRE FRAUD
### (18 U.S.C. § 1349)

9.      Paragraphs 1 through 8 of the General Allegations section of this Indictment are realleged and incorporated by reference as though fully set forth herein.

10.     From in or about February 2006, and continuing up to at least August 2006,

the exact dates being unknown to the Grand Jury, at Palm Beach, Broward, and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendants,

**DAVID CHARLES MILLER, JR.,**
**DAVID LAM,**
**THOMAS THELUSMA,**
**VICTORIA AYZIA WILSON, and**
**MICHAEL A. SAMUDA,**

did willfully, that is, with the intent to further the objects of the conspiracy, knowingly combine, conspire, confederate, agree, and reach a tacit understanding with each other and with other persons both known and unknown to the Grand Jury, to commit the offenses of mail and wire fraud, in violation of Title 18, United States Code, Sections 1341 and 1343.

## PURPOSE AND OBJECT OF THE CONSPIRACY

11.     It was the purpose and object of the conspiracy for the defendants, and others known and unknown to the Grand Jury, to unlawfully enrich themselves by, among other things, preparing and submitting, and causing to be prepared and submitted, Uniform Residential Loan Applications (Fannie Mae Forms 1003), HUD-1 Settlement Forms, and supporting documents, which contained false and fraudulent information as to material facts, to obtain mortgage money from Countrywide for the purchase of residential property, and to mislead Countrywide as to the ultimate distribution of the mortgage proceeds with regard to residential properties located at the following addresses within the Versailles neighborhood of Wellington, Florida:

a.     10475 Trianon Place, Wellington, Florida;

b.     10460 Trianon Place, Wellington, Florida; and

3

c.      3483 Collonade Drive, Wellington, Florida.

## MANNER AND MEANS

It was part of the manner and means of the conspiracy that:

12.    Defendant **DAVID LAM** located properties for sale in the Versailles neighborhood of Wellington, Florida, and entered into contracts with the sellers or the sellers' representatives to purchase these properties at prices at or close to the list price. **DAVID LAM** listed his company, Skyline, or his associate, PB, as the buyer on the contracts.

13. Defendants **THOMAS THELUSMA** and **DAVID CHARLES MILLER, JR.**, and others known and unknown to the Grand Jury, approached and recruited, and caused the approach and recruitment of, individuals, whom they knew to have limited financial means, to act as "straw buyers" of these homes. Defendants **THOMAS THELUSMA** and **DAVID CHARLES MILLER, JR.**, and others known and unknown to the Grand Jury, told these straw buyers that they would not have to pay any money towards the purchase, but merely had to provide their identifying information, and that they would be provided with funds to make the mortgage payments on the property and would receive money upon the ultimate sale of the property to another party.

14.    Defendant **DAVID LAM** created a second set of real estate contracts which he caused to be submitted to Countrywide Home Loans, Inc.  These fraudulent contracts listed the straw buyers as the purchasers instead of Skyline or PB, and listed inflated sales prices instead of the prices to which the sellers had agreed.

15.    Defendant **VICTORIA AYZIA WILSON**, and others both known and unknown

4

to the Grand Jury, prepared and caused to be prepared fraudulent Uniform Residential Loan Applications (Fannie Mae Forms 1003) and supporting documentation, in the name of the straw buyers, which contained false and fraudulent information which were submitted to Countrywide for the purpose of influencing the lender to approve mortgage loans at amounts at or near the inflated purchase prices. The false and fraudulent information included the inflated purchase prices, fraudulent sales contracts, and false deposit information, as well as false information regarding the straw buyers' financial situation and that the property would be used by the straw buyers as their primary residences.

16.     Defendant **VICTORIA AYZIA WILSON** recruited attorney **MICHAEL A. SAMUDA** to serve as the title and closing agent for the Versailles real estate transactions. Defendants **DAVID LAM, DAVID CHARLES MILLER, JR., VICTORIA AYZIA WILSON, THOMAS THELUSMA and MICHAEL A. SAMUDA** and others known and unknown to the Grand Jury, created, and caused to be created, fraudulent HUD-1s and fraudulent supporting documentation, and caused these fraudulent HUD-1s to be provided to Countrywide to mislead the lender as to the purchase prices, to make the lender believe that the straw buyers had paid deposits and would pay additional cash due at closing when in fact the straw buyers paid no money towards the transactions, and to mislead the lender as to the ultimate distribution of the mortgage monies obtained from the lender.

17.     Defendants **DAVID LAM, DAVID CHARLES MILLER, JR., VICTORIA AYZIA WILSON, THOMAS THELUSMA and MICHAEL A. SAMUDA** and others known and unknown to the Grand Jury, created, and caused to be created, a second set of HUD-1s which were signed by and provided to the sellers and the sellers' representatives which did

not match the HUD-1s provided to the lender - a practice known as preparing "double HUD-1s". The double HUD-1s were used to keep the lender and the sellers from learning that the sales prices had been inflated.

18.    Defendants **DAVID LAM, DAVID CHARLES MILLER, JR., VICTORIA AYZIA WILSON, THOMAS THELUSMA and MICHAEL A. SAMUDA**, and others known and unknown to the Grand Jury, arranged for the fraud proceeds, i.e., the difference between the actual, legitimate sales prices of the properties and the fraudulently obtained mortgage loans, to be disbursed to members of the conspiracy by creating, and causing to be created, fraudulent HUD-1s and supporting documentation, which made it appear as if the fraud proceeds were being paid to the sellers of the property.

19.    Defendants **DAVID LAM, DAVID CHARLES MILLER, JR., VICTORIA AYZIA WILSON, THOMAS THELUSMA and MICHAEL A. SAMUDA**, and others known and unknown to the Grand Jury, used and caused to be used the United States mail, private and commercial interstate mail carriers, and interstate wire transmissions to transmit documents and funds to and from lender, sellers and others involved in the transactions.

20.    Based on the materially false and fraudulent representations in the loan applications, HUD-1s, and other related documents which had been submitted and caused to be submitted by the defendants **DAVID LAM, DAVID CHARLES MILLER, JR., VICTORIA AYZIA WILSON, THOMAS THELUSMA and MICHAEL A. SAMUDA** and others known and unknown to the Grand Jury, the lender approved at least $3.79 million in mortgage loans to the straw buyers. The loan proceeds were wired in interstate commerce to **MICHAEL A. SAMUDA's** title company bank accounts. **MICHAEL A.**

6

SAMUDA funneled approximately $1 million of the loan proceeds to a business controlled by **DAVID CHARLES MILLER, JR.**, who then divided the money with the other co-defendants. The fraudulent loan proceeds were paid to the defendants and used for the benefit of the defendants and others known and unknown to the Grand Jury.

21.    After the closings, the defendants or their co-conspirators made mortgage payments on the properties for a short period of time and then defaulted on the loans, causing substantial losses to Countrywide.

All in violation of Title 18, United States Code, Section 1349.

### COUNTS 2 Through 7 - WIRE FRAUD
### 18 U.S.C. §§ 1343 and 2

22.    Paragraphs 1 through 8 of the General Allegations section of this Indictment are realleged and incorporated by reference as though fully set forth herein.

23.    From in or about February 2006, through in or about at least August 2006, at Palm Beach, Broward, and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendants,

**DAVID CHARLES MILLER, JR.,**
**DAVID LAM,**
**THOMAS THELUSMA,**
**VICTORIA AYZIA WILSON, and**
**MICHAEL A. SAMUDA,**

did knowingly, and with an intent to defraud, devise and intend to devise, and participate in a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations and promises, knowing that such pretenses, representations and promises were false and fraudulent when made.

7

## PURPOSE OF THE SCHEME AND ARTIFICE

24.     It was the purpose of the scheme and artifice for the defendants and their coconspirators to unlawfully enrich themselves by, among other things, preparing and submitting, and causing to be prepared and submitted, Uniform Residential Loan Applications (Fannie Mae Forms 1003), HUD-1 Settlement Forms, and supporting documents, which contained false and fraudulent information as to material facts, to obtain mortgage money from lenders for the purchase of residential property, and to mislead the mortgage lender as to the ultimate distribution of the mortgage proceeds with regard to residential properties located within the Versailles neighborhood of Wellington, Florida.

## SCHEME AND ARTIFICE TO DEFRAUD.

25.     The allegations contained in paragraphs 12 - 21 of the Manner and Means section of Count 1 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

## USE OF THE WIRES

26.     On or about the dates listed as to each count, at Broward and Palm Beach Counties, in the Southern District of Florida, and elsewhere, and for the purpose of executing the aforesaid scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations and promises, and attempting to do so, the defendants,

**DAVID CHARLES MILLER, JR.,**
**DAVID LAM,**
**THOMAS THELUSMA,**
**VICTORIA AYZIA WILSON, and**
**MICHAEL A. SAMUDA,**

did knowingly transmit and cause to be transmitted in interstate commerce by means of wire communications certain writings, signs, signals, and sounds, as more particularly

described in each count, and did aid and abet therein:

| COUNT | DATE | DESCRIPTION OF WIRE TRANSFER |
|---|---|---|
| 2 | May 1, 2006 | $988,287.00 interstate Wire Transfer from Countrywide's bank account at Bank Of New York, in New York, to a **MICHAEL A. SAMUDA** title company bank account at Wachovia Bank in Pembroke Pines,Florida regarding straw buyer W.E.'s first mortgage on10475 Trianon Place, Wellington, Florida |
| 3 | May 1, 2006 | $170,000.00 interstate Wire Transfer from Countrywide's bank account at Bank Of New York, in New York, to a **MICHAEL A. SAMUDA** title company bank account at Wachovia Bank in Pembroke Pines,Florida regarding straw buyer W.E.'s second mortgage on10475 Trianon Place, Wellington, Florida |
| 4 | May 8, 2006 | $984,423.00 interstate Wire Transfer from Countrywide's bank account at Bank Of New York, in New York, to a **MICHAEL A. SAMUDA** title company bank account at Wachovia Bank in Pembroke Pines,Florida regarding straw buyer A.R.'s first mortgage on10460Trianon Place, Wellington, Florida |
| 5 | May 8, 2006 | $305,00.00 interstate Wire Transfer from Countrywide's bank account at Bank Of New York, in New York, to a **MICHAEL A. SAMUDA** title company bank account at Wachovia Bank in Pembroke Pines,Florida regarding straw buyer A.R.'s second mortgage on10460Trianon Place,, Wellington, Florida |
| 6 | July 20, 2006 | $973,971.00 interstate Wire Transfer from Countrywide's bank account at Bank Of New York, in New York, to a **MICHAEL A. SAMUDA** title company bank account at Wachovia Bank in Pembroke Pines,Florida regarding straw buyer T.H.'s first mortgage on 3483 Collonade Drive, Wellington, Florida |

| COUNT | DATE | DESCRIPTION OF WIRE TRANSFER |
|-------|------|------------------------------|
| 7 | July 20, 2006 | $252,072.00 interstate Wire Transfer from Countrywide Home Loan Inc.'s bank account at Bank Of New York, in New York, to a **MICHAEL A. SAMUDA** title company bank account at Wachovia Bank in Pembroke Pines, Florida regarding straw buyer T.H.'s second mortgage on 3483 Collonade Drive, Wellington, Florida |

All in violation of Title 18, United States Code, Sections 1343 and 2.

## CRIMINAL FORFEITURE

27.    Upon conviction of the violations alleged in Counts 1 through 7 of this indictment, the defendants,

**DAVID CHARLES MILLER, JR.,**
**DAVID LAM,**
**THOMAS THELUSMA,**
**VICTORIA AYZIA WILSON, and**
**MICHAEL A. SAMUDA,**

shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the violation including but not limited to the following:

a.    The sum of $911,960.05 in United States currency.

Pursuant  to Title 28, United States Code, Section 2461, Title 18, United States Code, Section 981(a)(1)(C), and Title 21, United States Code, Section 853.

If the property described above as being subject to forfeiture, as a result of any act or omission of the defendants,

**DAVID CHARLES MILLER, JR.,**
**DAVID LAM,**
**THOMAS THELUSMA,**
**VICTORIA AYZIA WILSON, and**
**MICHAEL A. SAMUDA,**

(1)     cannot be located upon the exercise of due diligence;

(2)     has been transferred or sold to, or deposited with a third person;

(3)     has been placed beyond the jurisdiction of the Court;

(4)     has been substantially diminished in value; or

(5)     has been commingled with other property which cannot be subdivided
        without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section

853(p) to seek forfeiture of any other property of the defendants up to the value of the

above forfeitable property.  All pursuant to Title 28 United States Code, Section 2461, Title

18, United States Code, Section 981(a)(1)(C), and Title 21 United States Code, Section

853.

A TRUE BILL

_____
FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

ELLEN L. COHEN
ASSISTANT UNITED STATES ATTORNEY

11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

DAVID CHARLES MILLER JR., et al,

                    Defendant.
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

| | | |
|---|---|---|
| ____ Miami | ____ Key West | |
| ____ FTL  X  WPB | ____ FTP | |

New Defendant(s)              Yes _____  No _____
Number of New Defendants
Total number of counts        _____

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:     (Yes or No)      NO
      List language and/or dialect      _____

4.    This case will take     10     days for the parties to try.

5.    Please check appropriate category and type of offense listed below:

      (Check only one)                              (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | _____ | | Petty | _____ |
| II | 6 to 10 days | X | Minor | |
| III | 11 to 20 days | _____ | | Misdem. | _____ |
| IV | 21 to 60 days | _____ | | Felony | X |
| V | 61 days and over | _____ | | |

6.    Has this case been previously filed in this District Court? (Yes or No)    _____
If yes:
Judge: _____         Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?    (Yes or No)    NO
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____    District of _____

Is this a potential death penalty case? (Yes or No)     NO

7.    Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes   X   No

8.    Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____ Yes   X   No

_____
ELLEN L. COHEN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 0739472

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NUMBER:** _____

### BOND RECOMMENDATION

DEFENDANT: DAVID CHARLES MILLER, JR.

$50,000. Corporate Surety Bond

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:   Ellen Cohen

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): FBI _____

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: DAVID LAM _____

Pre-Trial Detention _____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:   Ellen Cohen

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): FBI _____

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: THOMAS THELUSMA _____

$200,000. Corporate Surety Bond
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Ellen Cohen

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): FBI _____
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NUMBER:** _____

## BOND RECOMMENDATION

DEFENDANT: <u>VICTORIA AYZIA WILSON</u>

<u>$50,000. Corporate Surety Bond</u>
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:   Ellen Cohen

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):   <u>FBI</u>
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: _____

### <u>BOND RECOMMENDATION</u>

DEFENDANT: <u>MICHAEL A. SAMUDA</u>_____

<u>$50,000. Corporate Surety Bond</u>
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
     AUSA:   Ellen Cohen

Last Known Address: _____

_____

_____

What Facility:   _____

_____

Agent(s):   <u>FBI</u>_____
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: DAVID CHARLES MILLER, JR.

Case No:_____

Count #: 1

  Conspiracy to Commit Mail and Wire Fraud _____
    18 USC § 1349 _____

**\* Max.Penalty**:  0 - 20 Years' Imprisonment; up to 3 years supervised release; up to $250,000 Fine

Counts #: 2 through 7

  Wire Fraud _____
    18 USC §§  1343 and 2 _____

**\* Max.Penalty**:  0 - 20 Years' Imprisonment; up to 3 years supervised release; up to $250,000 Fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: DAVID LAM

Case No:_____

Count #: 1

  Conspiracy to Commit Mail and Wire Fraud
   18 USC § 1349

**\* Max.Penalty**:  0 - 20 Years' Imprisonment; up to 3 years supervised release; up to $250,000 Fine

Counts #: 2 through 7

  Wire Fraud
   18 USC §§  1343 and 2

**\* Max.Penalty**:  0 - 20 Years' Imprisonment; up to 3 years supervised release; up to $250,000 Fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: THOMAS THELUSMA

Case No:

Count #: 1

Conspiracy to Commit Mail and Wire Fraud

18 USC § 1349

**\* Max.Penalty**:  0 - 20 Years' Imprisonment; up to 3 years supervised release; up to $250,000 Fine

Counts #: 2 through 7

Wire Fraud

18 USC §§   1343 and 2

**\* Max.Penalty**:  0 - 20 Years' Imprisonment; up to 3 years supervised release; up to $250,000 Fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name**: <u>VICTORIA AYZIA WILSON</u>

Case No:_____

Count #: 1

<u>Conspiracy to Commit Mail and Wire Fraud</u>
<u>18 USC § 1349</u>

<u>**\* Max.Penalty**:  0 - 20 Years' Imprisonment; up to 3 years supervised release; up to $250,000 Fine</u>

Counts #: 2 through 7

<u>Wire Fraud</u>
<u>18 USC §§  1343 and 2</u>

<u>**\* Max.Penalty**:  0 - 20 Years' Imprisonment; up to 3 years supervised release; up to $250,000 Fine</u>

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: MICHAEL A. SAMUDA_____

Case No:_____

Count #: 1

  Conspiracy to Commit Mail and Wire Fraud_____
    18 USC § 1349_____

**\* Max.Penalty**:  0 - 20 Years' Imprisonment; up to 3 years supervised release; up to $250,000 Fine

Counts #: 2 through 7

  Wire Fraud_____
    18 USC §§  1343 and 2_____

**\* Max.Penalty**:  0 - 20 Years' Imprisonment; up to 3 years supervised release; up to $250,000 Fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**